IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 04-673-2 |
| v. | : | CIVIL ACTION No. 16-3148 |
| IRA POTTER | : | |

## **ORDER**

AND NOW, this 17th day of July, 2024, upon consideration of Movant Ira Potter's Motion to Correct Sentence Under 28 U.S.C. § 2255, the Government's Response in Opposition, Potter's Reply, the Government's Supplemental Response in Opposition, and Potter's Surreply, it is ORDERED the Motion (Document No. 160) is DENIED.

It is further ORDERED a certificate of appealability shall not issue.

A Memorandum explaining the reasons for the Court's decision will be issued separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.